374 A.2d 706

Commonwealth v. Nash, Appellant.

Argued April 13, 1977. Louis R. Dadowski, Appellate Counsel, with him Ralph J. Cappy, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., absent.